*v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

■

**COMMONWEALTH of Pennsylvania,**
**Appellant,**

**v.**

**Gerald E. WILSON, Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 7, 2003.
Decided March 23, 2004.

J. Karen Arnold, Bellefonte, for Commonwealth of Pennsylvania.

Joseph L. Amendola, State College, for Gerald E. Wilson.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

***ORDER***

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Centre County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth*

---

*v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).